**Motion granted and Order filed February 3, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00761-CV
_____

### CITY OF HOUSTON, Appellant

### V.

### MARIA CHRISTINA GOMEZ, Appellee

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2013-59953**

## ORDER

Before the court is appellant's motion to transfer record from prior related appeal. Appellant's motion to transfer record is hereby **GRANTED**. The Clerk of Court is directed to transfer the clerk's record and reporter's record from Cause No. 14-17-00811-CV to the file for this appeal. As clerk's and reporter's records have already been filed and labeled Volume 1 prior to the motion's filing, in the interest of efficiency, the transferred records do not themselves need to be labeled Volume 1, and the already-filed records do not need to be relabeled.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Wilson.